IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01841-WDM-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DEBORAH K. VICARI,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's motion for Default Judgment is denied without prejudice to refiling with an affidavit that the particular defendant is not an infant, incompetent, officer or agent of the United States, State of Colorado, or in the military service.

Dated:  December 8, 2006

                                          s/ Jane Trexler, Judicial Assistant